## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge Raymond P. Moore

Civil Action No. 22-cv-01762-RM-SBP

EAGLEBANK,

    Plaintiff/Counterclaim Defendant;

v.

YAJIA HU SCHWARTZ, and
MARK ALAN SCHWARTZ,

    Defendants/Counterclaimants;

and

TAX LIEN LAW GROUP, LLC,

    Counterclaimant;

and

YAJIA HU SCHWARTZ,

    Cross-Plaintiff;

v.

JAMES ADAMS,
CHRISTINA ADAMS,
MICHAEL K. HAGEMANN, and
M.K. HAGEMANN, P.C.,

    Cross-Defendants;

and

JAMES ADAMS, and
CHRISTINA ADAMS,

    Third-Party Plaintiffs;

v.

YAJIA HU SCHWARTZ,
MARK ALAN SCHWARTZ,
EAGLEBANK, and

TITLE COMPANY OF THE ROCKIES, LLC;

 Third-Party Defendants.

---

## ORDER

---

 Before the Court are Cross-Defendants' Motion to Dismiss (ECF No. 49) and Motion for Entry of Final Judgment (ECF No. 50). Cross-Defendants have already prevailed on their motion to dismiss the claims asserted against them in this consolidated action. (*See* ECF No. 47.) They now request dismissal of their counterclaims with prejudice and entry of final judgment so that they may be freed from this lawsuit. Plaintiff EagleBank does not oppose the Motions, and the other parties have not responded to them.

 Pursuant to Fed. R. Civ. P. 54(b), "the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." The Court recognizes that this case involves two separate and distinct sets of claims and finds that there is nothing further for the Court to adjudicate with respect to the claims relating to the purchase of the real property at the center of this dispute. The Court further finds that there is no just reason to delay entering final judgment on these claims.

 Accordingly, the Motions (ECF Nos. 49, 50) are GRANTED, and the Clerk is directed to enter FINAL JUDGMENT in Cross-Defendants' favor.

 DATED this 3rd day of November, 2023.

             BY THE COURT:

             _____
             RAYMOND P. MOORE
             Senior United States District Judge